FILED
2017 Feb-06  PM 02:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro Se General Complaint for a Civil Case (Rev.10/16)

# United States District Court
## for the
### NORTHERN DISTRICT OF ALABAMA

FILED

2017 FEB -3  A 11: 03

U.S. DISTRICT COURT
N.D. OF ALABAMA

*Frances D. Cope*

*Plaintiff*
*(Write your full name.  No more than one plaintiff may be named in a pro se complaint)*

v. (1) Hyundai MOTOR Finance
(2) Equifax (3) Transunion
(4) Experian
(5) CFPB

Case No. _____
(to be filled in by the Clerk's Office)

JURY TRIAL ☐ Yes  ☒ No

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above or on page 2, please write "see attached" in the space and attach an additional page with the full list of names)*

## COMPLAINT FOR A CIVIL CASE

**I.     The Parties to This Complaint**

   **A.     The Plaintiff**
   Name                Frances Denise Cope
   Street Address      112 Gerald Drive
   City and County     Hazel Green, AL. 35750
   State and Zip Code  AL. 35750
   Telephone Number    (256) 508-8033

   **B.     The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation.  If you are suing an individual in his/her official capacity, include the person's job or title.  Attach additional pages if needed.

Page **1** of **7**

Pro Se General Complaint for a Civil Case (Rev.10/16)

Defendant No. 1
    Name            Hyundai MOTOR Finance

    Job or Title

    Street Address     P.O. Box 650805

    City and County   Dallas, Jx. (Dallas)

    State and Zip Code  Tx, 75266-0891

Defendant No. 2
    Name            Equifax Info Services

    Job or Title       Credit Reporting LLC

    Street Address     P.O. BOX 740256

    City and County   ATLANTA, Ga. (FULTON)

    State and Zip Code  Ga. 30374

Defendant No. 3
    Name            EXperian

    Job or Title       Credit Rep. agency

    Street Address     P.o. Box 4500

    City and County   aLLen Tx. (Collin)

    State and Zip Code  Tx. 75013

Defendant No. 4
    Name            TRansunion LLC

    Job or Title       2 BaLDWin pl.

    Street Address     P.o. BOX 1000

    City and County   Chester, PA. (Chester)

    State and Zip Code  PA. 19016

Pro Se General Complaint for a Civil Case (Rev.10/16)

Defendant No. 5
    Name                  *C f P B*
    Job or Title        *FedeRAL ENTiTy*
    Street Address     *1275 fiRsT ST. N.E.*
    City and County   *washingTon , D.C.*
    State and Zip Code   *20002*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only these types of cases can be heard in federal court: a dispute that involves a right in the United States Constitution or a federal law (as opposed to a state law or local ordinance); a dispute that involves the United States of America (or any of its agencies, officers or employees in their official capacities) as a party; and a dispute between citizens of different states with an amount in controversy that is more than $75,000.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Constitutional or Federal Question   ☐ USA Defendant   ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction is USA defendant

The Defendant(s)

Name of Agency _____

Address _____

### B.    If the Basis for Jurisdiction is a Constitutional or Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*ViOLaTeS fair credit RePoRting act*

_____

_____

Pro Se General Complaint for a Civil Case (Rev.10/16)

**C.** **If the Basis for Jurisdiction is Diversity of Citizenship**

1. The Plaintiff

   The plaintiff, *(name)* _Frances D. Cope_, is a citizen of the State of *(name)* _Alabama_.

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* ~~Hyundai~~ MOTORS Finance is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation

   The defendant, *(name)* _Hyundai MOTORS Finance_, is incorporated under the laws of the State of *(name)* _Texas_, and has its principal place of business in the State of *(name)* _Texas_.

   Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy – the amount the plaintiff claims the defendant owes or the amount that is at state – is more than $75,000, not counting interest and costs of court, because: *(explain)*

   _actual damages - $ 11,771.00 shown on Credit Report_
   _Pay-off amount of 2013 Sonata_
   _Punitive damages - 225,000.00_

*(handwritten margin note:)*
② Equifax — State of Ga.
③ Experian — State of TX
④ Trans Union — State of PA
⑤ CFPB — State of Washington

**III.    Statement of Claim**

*See attached*

Write a short and plain statement of the claim. Briefly state the facts showing that the plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

_____

_____

_____

_____

_____

_____

_____

_____

_____

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks for the court to order. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive (punishment) or exemplary (warning or deterrent) damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

_____

_____

_____

_____

_____

_____

_____

_____

_____

# UNITED STATES DISTRICT COURT

## FOR THE

## Northern District of Alabama

Plaintiff,

Frances Denise Cope

CASE NUMBER_____

JURY TRIAL_____

VS.

Defendant,

Hyundai Motor Finance,

Equifax Credit Info Services LLC,

Transunion Credit

Experian Credit

Consumer Financial Protection Bureau

### COMPLAINT

My complaint involves all of the Defendants violating the FAIR CREDIT REPORTING ACT. One of the Defendant's, Hyundai Motor Finance, was reporting incorrectly on my Equifax Bureau and I sent a dispute to them, and it was corrected after the CFPB got involved. The same thing is still happening with this company and getting many fees on my account that is not explained by the company. I asked Equifax to disallow Hyundai from reporting at all since their items were inaccurate. That was not done.

Equifax is constantly reporting inaccurate information. I paid on a truck through J.D. By Rider for two years. I sent them a letter that stated the account was paid in full from the Dealership, and asked

them to show paid in full. They totally removed as if I it had never existed.

This account was paid on time for this period and did not raise my score by paying off due to their incorrect reporting. I did not ask that item be removed but showed paid in full as the other Bureaus' did. All 3 credit reporting companies I have named have discriminated against me on my credit score. (I will be filing all of my reports and all papers to support my claim in next 30 days).

Hyundai documents are included, but there are many more that have to be filed.

### COUNT 1

Hyundai Motors Finance has been very continuous in reporting inaccurately, as well as adding additional fees to my Auto account that they cannot explain. I will be filing a copy of the original contract when other documents are filed. This has a negative effect on my credit and score.

### COUNT 2

Equifax has refused to remove inaccurate info from my report and when asked to show an account paid in full, they removed totally as if it never existed. They also continued to all Hyundai to report to them after a late was removed and they were caught reporting wrong. I also feel they have discriminated against me regarding my score.

### COUNT 3

Experian and Transunion have also reported information inaccurately and did not remove within the last year.

### COUNT 4

The CFPB has failed as a Federal Entity to enforce the accuracy of information that the three credit bureaus report, as well as Hyundai adding extra fees to consumer's account that are unjustified.

### RELIEF

**Actual Damages:**       $11,771.00 (pay-off of auto)

**Punitive Damages:**     $225,000.00

$100,000-Equifax for reporting inaccuracies

$ 50,000-Transunion and Experian

$ 50,000-Hyundai for effect on credit

$ 25,000-CFPB

## V.    Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint; (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in dismissal of my case.

First Name _Frances D._ Last Name _Cope_

Mailing Address _112 Gerald Drive_

City and State _Hazel Green, AL._ Zip Code _35750_

Telephone Number _(256) 508-8033_

E-mail Address _heere45196@yahoo.com_

Signature of plaintiff _Frances Denise Cope_

Date signed _2-1-2017_

## **OPTIONAL**

You may request to receive electronic notifications. You <u>may not</u> file documents or communicate with the court electronically. All documents must be submitted in <u>paper</u> and you must serve the defendants.

Type of personal computer and related software/equipment required:

- Personal computer running a standard platform such as Windows or Mac OSX
- Internet access (high speed is recommended)
- A Web browser (Microsoft Internet Explorer 7.0 or 6.0 or Mozilla Firefox 2 or 1.5)
- Adobe Acrobat Reader is needed for viewing e-filed documents
- PACER account – Information and registration at www.pacer.gov

- You will receive one "free" look of the document. Documents must be viewed within 14 days. You must only single-click on the hyperlink to view.

**Note: You must promptly notice the Clerk's Office, in writing, if there is a change in your designated e-mail address. Failure to update your email address does <u>not</u> excuse failures to appear or timely respond.**

E-mail type:

☐ HTML – Recommended for most e-mail clients

☑ Plain Text – Recommended for e-mail accounts unable to process HTML e-mail

Conditioned upon the sufficiency of your electronic equipment which the court will test and verify receipt, you will be allowed to receive electronic notifications.

By submitting this request , the undersigned consents to electronic service and waives the right to personal service and service by first class mail pursuant to Rule 5(b)(2) of the Federal Rules of Civil Procedure, except with regard to service of a summons and complaint.

When a filing is entered on the case docket, a party who is registered for electronic noticing will receive a Notice of Electronic Filing in his/her designated e-mail account. The Notice will allow one free look at the document, and any attached .pdf may be printed or saved.

IMPORTANT:

Messages sent to Yahoo or AOL accounts are frequently found in the spam folder until the court is added to your address book.

E-mail address designated for noticing:

_____

Participant signature:_____

Date:_____

Full Credit Report | Credit Karma                                                                    Page 3 of 28

REDSTONE FCU          Other              Aug 28, 2015   Open - Current                    $1,518
                                                        No Missed Payments

Account Details                                         Payment History

Last Reported              Dec 31, 2016                 Latest Status: Current

Creditor Name              REDSTONE FCU                 2016  OK OK OK OK OK OK OK OK OK OK OK OK
                                                        2015                 OK OK OK OK OK OK
Account Type               Secured Loan
                                                             J F M A M J J A S O N D
Account Status             Open

Opened Date                Aug 28, 2015                 Creditor Contact Details

Closed Date                --
                                                        REDSTONE FCU
Limit                      --                           220 WYNN DR
                                                        HUNTSVILLE, AL
Term                       30 Months                    35814
Monthly Payment            $96                          (256) 837-6110

Responsibility             Individual

Balance                    $1,518                       See an error? Report it to TransUnion with our Direct
                                                        Dispute™ tool.
Highest Balance            $2,772

Payment Status             Current                                    Dispute an Error

Worst Payment Status       Current

Date of Last Payment       Dec 23, 2016

Amount Past Due            $0

Times 30/60/90 Days Late   0/0/0

Remarks                    --


HYUNDAI FINC          Auto               Aug 01, 2012   Open - Current                    $11,771
                                                        No Missed Payments

Account Details                                         Payment History

Last Reported              Dec 31, 2016                 Latest Status: Current

Creditor Name              HYUNDAI FINC                 2016  OK OK OK OK OK OK OK OK OK OK OK OK
                                                        2015  OK OK OK OK OK OK OK OK OK OK OK OK
Account Type               Automobile                   2014  OK OK OK OK OK OK OK OK OK OK OK OK
                                                        2013  OK OK OK OK OK OK OK OK OK OK OK OK
Account Status             Open                          2012                                OK

Opened Date                Aug 01, 2012                       J F M A M J J A S O N D

Closed Date                --

Limit                      --                           Creditor Contact Details

Term                       72 Months
                                                        HYUNDAI FINANCE
Monthly Payment            $499                         10550 TALBERT AVE
                                                        FOUNTAIN VALLEY, CA
Responsibility             Individual                   92708
                                                        (800) 523-4030
Balance                    $11,771

Highest Balance            $28,269

Payment Status             Current                      See an error? Report it to TransUnion with our Direct
                                                        Dispute™ tool.
Worst Payment Status       Current

Date of Last Payment       Dec 30, 2016                               Dispute an Error

Amount Past Due            $0

Times 30/60/90 Days Late   0/0/0

Remarks                    --

*[Handwritten note:]* the Late was Taken off by Equifax but Score remained same

*[Handwritten note:]* STILL Reports inCoRRect on Equifax See attached

Full Credit Report | Credit Karma                                          Page 5 of 33

| 1ST COMMUNITY CREDIT | Other | Aug 16, 2016 | Open - Current No Missed Payments | $3,315 |

**Account Details**

| | |
|---|---|
| Last Reported | Dec 31, 2016 |
| Creditor Name | 1ST COMMUNITY CREDIT |
| Account Type | Secured Loan |
| Account Status | Open |
| Opened Date | Aug 16, 2016 |
| Closed Date | -- |
| Limit | -- |
| Term | 24 Months |
| Monthly Payment | $164 |
| Responsibility | Individual Account |
| Balance | $3,315 |
| Highest Balance | $3,957 |
| Payment Status | Current |
| Worst Payment Status | -- |
| Date of Last Payment | Dec 01, 2016 |
| Amount Past Due | -- |
| Times 30/60/90 Days Late | 0/0/0 |
| Remarks | -- |

**Payment History**

Latest Status: Current

2016    OK OK OK OK
        J F M A M J J A S O N D

See something wrong?

You could dispute an error with Equifax.

| HYUNDAI MOTOR FINANC | Auto | Aug 01, 2012 | Open - Current No Missed Payments | $11,771 |

**Account Details**

| | |
|---|---|
| Last Reported | Dec 31, 2016 |
| Creditor Name | HYUNDAI MOTOR FINANC |
| Account Type | Auto |
| Account Status | Open |
| Opened Date | Aug 01, 2012 |
| Closed Date | -- |
| Limit | -- |
| Term | 72 Months |
| Monthly Payment | $499 |
| Responsibility | Individual Account |
| Balance | $11,771 |
| Highest Balance | $29,289 |
| Payment Status | Current |
| Worst Payment Status | -- |
| Date of Last Payment | Dec 01, 2016 |
| Amount Past Due | -- |
| Times 30/60/90 Days Late | 0/0/0 |
| Remarks | Fixed rate |

**Payment History**

Latest Status: Current

2016    OK OK OK OK OK OK OK U U OK OK OK
2015    OK OK OK OK OK OK OK OK OK OK OK OK
2014    OK OK OK OK OK OK OK OK OK OK OK OK
2013    OK OK OK OK OK OK OK OK OK OK OK OK
2012                      U U U U U
        J F M A M J J A S O N D

U    Unknown

See something wrong?

You could dispute an error with Equifax.

*[Handwritten notes:]* Equifax Report inccouret, Transuion Correct

*[Handwritten notes:]* Will Be Filing Letter from equifax Showing Corrections of Late as well as 6 month old Report

## HP Color LaserJet MFP M277dw

# Fax Confirmation

Jul-29-2016  3:12PM

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
|-----|------|------|------|----------------|----------|-------|--------|
| 478 | 7/29/2016 | 3:11:53PM | Send | 18883071644 | 0:56 | 1 | OK |



CONSTANTLY having To fax
BANK STATEMENTS
To recieve Credit
For Payment

888- 307- 1644

08/11/2016

To Whom It May Concern:

I, Frances Cope, have had an account with Hyundai Motor Finance for the last 3 years. I never had a problem with them until last 6 months. My contract says they can charge me a late fee after 10 days, but in past they never did. Now, there are always extra charges on my account monthly that they cannot explain. They are also showing a 30 day late on my credit for January 2016. I have never been 30 days late on a payment. I have sent disputes to all 3 credit bureaus.

Last week I spoke with Nicky about getting this straightened out. AS of this date, I am forwarding last 6 months of online banking drafts to her. She is trying to resolve but if it does not get resolved, I will be also sending same docs to all 3 bureaus. Also, if not resolved I will have to request that no more reporting period be allowed by Hyundai since is incorrect. I will have to file this in Federal court, and also make a complaint with the Consumer Protection Bureau as I did 6 months ago.

I look forward to resolving

Denise Cope

256-508-8033

Thank You

To: hickey
acct # 2012080388 1522

| Date | Check # | Description | Debit | Deposit | Balance | Ledger |
|------|---------|-------------|-------|---------|---------|--------|
| 02/12/2016 | 1891 | WAL-MART STORES PURCHASE CHECK# 000000001891 HAZE AL | $40.94 | | $991.15 | |
| 02/12/2016 | | COMENITY PAY IO PHONE PYMT | $32.00 | | $1,032.09 | |
| 02/12/2016 | | TEXTBOOK BROKERS TANNER;256-686-2627,AL Terminal ID: 628916880 Serial #: 060030 | $27.49 | | $1,064.09 | |
| 02/12/2016 | 1895 | Cashed Check | $20.00 | | $1,091.58 | |
| 02/11/2016 | | Daily Ledger Balance | | | $1,111.58 | $1,111.58 |
| 02/11/2016 | | HMF HMFUSA.COM | $503.63 | | $1,111.58 | |
| 02/11/2016 | | PARSLEY'S MARKET & DELI;FAYETTEVILLE,TN Terminal ID: 628231883 Serial #: 044387 | $11.74 | | $1,615.21 | |
| 02/11/2016 | | Regular Deposit | | $1,000.00 | $1,626.95 | |
| 02/10/2016 | | Daily Ledger Balance | | | $626.95 | $626.95 |
| 02/10/2016 | | Regular Deposit | | $540.00 | $626.95 | |
| 02/09/2016 | | Daily Ledger Balance | | | $86.95 | $86.95 |
| 02/09/2016 | 1889 | WAL-MART STORES PURCHASE CHECK# 000000001889 HAZE AL | $65.94 | | $86.95 | |
| 02/09/2016 | | MERRICK BANK COR ONLINEPYMT | $60.50 | | $152.89 | |
| 02/09/2016 | | FAMILY DOLLAR #2662;HAZEL GREEN,AL Terminal ID: 628093883 Serial #: 053601 | $4.22 | | $213.39 | |
| 02/09/2016 | | DAIRY QUEEN #44186;FAYETTEVILLE,TN Terminal ID: 628379888 Serial #: 080103 | $2.72 | | $217.61 | |
| 02/09/2016 | 1890 | Cashed Check | $40.00 | | $220.33 | |
| 02/08/2016 | | Daily Ledger Balance | | | $260.33 | $260.33 |

*[Handwritten annotations: "Jan 2016" near HMF HMFUSA.COM row with $503.63 circled]*

*[Handwritten note at bottom: "Proof of Payments Includes $3.95 western union Fee"]*

# Accounts

## Account History

---

### Search Details

For Account:  neese : *8013    Account Name:  Denise Cope

---

| | | | | | | |
|---|---|---|---|---|---|---|
| **Transactions** | | | | | from 03/01/2016 to 03/31/2016 | |
| Date | Ref/<br>Check | Description/ Memo(Category) | Debit/<br>Withdrawal | Credit/<br>Deposit | Xpress<br>Balance | Ledger<br>Balance |
| 03/31/2016 | | Daily Ledger Balance | | | $879.72 | $879.72 |
| 03/31/2016 | | DISH NETWORK DISH NTWRK | $40.09 | | $879.72 | |
| 03/31/2016 | 1850 | FOOD VALU PURCHASE CHECK# 000000001850 HUNT AL | $25.95 | | $919.81 | |
| 03/31/2016 | | Regular Deposit | | $900.00 | $945.76 | |
| 03/30/2016 | | Daily Ledger Balance | | | $45.76 | $45.76 |
| 03/30/2016 | 1851 | Check | $3,000.00 | | $45.76 | |
| 03/30/2016 | 1849 | Check | $132.88 | | $3,045.76 | |
| 03/30/2016 | | THE PIT STOP #1;HAZEL GREEN,AL Terminal ID: 628837881 Serial #: 026879 | $12.16 | | $3,178.64 | |
| 03/30/2016 | | EL MONTE MEXICAN R;HUNTSVILLE,AL Terminal ID: 628398070 Serial #: 022858 | $11.78 | | $3,190.80 | |
| 03/30/2016 | | 1369 HARDEES;MADISON,AL Terminal ID: 628851410 Serial #: 039464 | $4.36 | | $3,202.58 | |
| 03/30/2016 | | JACK'S #231 Q08;HUNTSVILLE,AL Terminal ID: 628887995 Serial #: 050139 | $4.35 | | $3,206.94 | |
| 03/30/2016 | | JACK'S #202 Q08;HUNTSVILLE,AL Terminal ID: 628865991 Serial #: 010001 | $3.59 | | $3,211.29 | |
| 03/29/2016 | | Daily Ledger Balance | | | $3,214.88 | $3,214.88 |
| 03/29/2016 | 1848 | Check | $45.00 | | $3,214.88 | |
| 03/29/2016 | 1847 | Check | $500.00 | | $3,259.88 | |
| 03/29/2016 | 1845 | Check | $6.23 | | $3,759.88 | |
| 03/29/2016 | | ZAXBY'S #52601;HAZEL,AL Terminal ID: 628521956 Serial #: 010135 | $14.41 | | $3,766.11 | |
| 03/29/2016 | | EXTREME CLEAN AUTOWASH;MERIDIANVILLE,AL Terminal ID: 628332425 Serial #: 050552 | $6.00 | | $3,780.52 | |
| 03/29/2016 | | GLOBE LIFE INS INS. PREM | $21.37 | | $3,786.52 | |
| 03/28/2016 | | Daily Ledger Balance | | | $3,807.89 | $3,807.89 |
| 03/28/2016 | | HMF HMFUSA.COM | $503.63 | | $3,807.89 | |
| 03/28/2016 | | WM SUPERCENTER #6878;HAZEL GREEN,AL Terminal ID: 628006878 Serial #: 060047 | $63.50 | | $4,311.52 | |
| 03/28/2016 | | CRACKER BARREL #612 HUNTS;HUNTSVILLE,AL Terminal ID: 628411686 Serial #: 050947 | $30.86 | | $4,375.02 | |

# Accounts

## Account History

### Search Details

For Account: neese : *8013     Account Name: Denise Cope

### Transactions

from 05/01/2016 to 05/31/2016

| Date | Ref/ Check | Description/ Memo(Category) | Debit/ Withdrawal | Credit/ Deposit | Xpress Balance | Ledger Balance |
|---|---|---|---|---|---|---|
| 05/04/2016 | 1830 | HOME DEPOT 0804 PURCHASE CHECK# 000000001830 HUNT AL | $32.56 | | $584.48 | |
| 05/04/2016 | | GLOBE LIFE INS INS. PREM | $12.50 | | $617.04 | |
| 05/04/2016 | | HUMANA, INC. INS PYMT | $7.66 | | $629.54 | |
| 05/04/2016 | | HUMANA, INC. INS PYMT | $3.83 | | $637.20 | |
| 05/04/2016 | | HEADSTART;MERIDIANVILLE,AL Terminal ID: 628863946 Serial #: 012471 | $14.95 | | $641.03 | |
| 05/04/2016 | | THE PIT STOP #1;HAZEL GREEN,AL Terminal ID: 628837881 Serial #: 045453 | $12.11 | | $655.98 | |
| 05/04/2016 | | FAMILY DOLLAR #2662;HAZEL GREEN,AL Terminal ID: 628093883 Serial #: 002709 | $7.91 | | $668.09 | |
| 05/04/2016 | | THE PIT STOP #1;HAZEL GREEN,AL Terminal ID: 628837881 Serial #: 045309 | $7.69 | | $676.00 | |
| 05/04/2016 | | JACK'S #233 Q08;HUNTSVILLE,AL Terminal ID: 628890999 Serial #: 090244 | $7.55 | | $683.69 | |
| 05/04/2016 | | FAMILY DOLLAR #2662;HAZEL GREEN,AL Terminal ID: 628093883 Serial #: 002710 | $1.58 | | $691.24 | |
| 05/03/2016 | | Daily Ledger Balance | | | $692.82 | $692.82 |
| 05/03/2016 | 1829 | Check | $50.00 | | $692.82 | |
| 05/03/2016 | 1825 | Check | $100.00 | | $742.82 | |
| 05/03/2016 | 1823 | Check | $7.50 | | $842.82 | |
| 05/03/2016 | | WINGS TO GO;HUNTSVILLE,AL Terminal ID: 628107992 Serial #: 060022 | $19.04 | | $850.32 | |
| 05/03/2016 | | WINGS TO GO;HUNTSVILLE,AL Terminal ID: 628107992 Serial #: 060027 | $5.44 | | $869.36 | |
| 05/03/2016 | | Regular Deposit | | $254.00 | $874.80 | |
| 05/02/2016 | | Daily Ledger Balance | | | $620.80 | $620.80 |
| 05/02/2016 | 1827 | Check | $25.00 | | $620.80 | |
| 05/02/2016 | | HMF HMFUSA.COM | $503.61 | | $645.80 | |
| 05/02/2016 | | LOGANS;HUNTSVILLE,AL Terminal ID: 628676023 Serial #: 034674 | $18.77 | | $1,149.41 | |
| 05/02/2016 | | REED FARMERS MARKET;MERIDIANVILLE,AL Terminal ID: 628621355 Serial #: 071978 | $12.38 | | $1,168.18 | |

 MARCH 2016



Denise Cope
112 Gerald Dr.
Hazel Green, AL  35750

ACCOUNT 164-801-3
STATEMENT PERIOD 05/19/2016
To 06/18/2016

PAGE 2

──────── **OTHER DEBITS** ────────

| DATE | AMOUNT | DESCRIPTION |
|------|--------|-------------|
| 05/27/2016 | 37.45 | Debit Card Transaction |
| | | PAPA JOHN'S #04325;256-828-6200,AL |
| | | Terminal ID: 628377217 Serial #: 081653 |
| 05/31/2016 | 1.08 | Debit Card Transaction |
| | | KRISPY KREME DOUGH;HUNTSVILLE,AL |
| | | Terminal ID: 628000877 Serial #: 060202 |
| 05/31/2016 | 1.56 | Debit Card Transaction |
| | | REDBOX *DVD RENTAL;OAKBROOK TER,IL |
| | | Terminal ID: 628014573 Serial #: 001269 |
| 05/31/2016 | 7.37 | Debit Card Transaction |
| | | ARBYS 8091;HAZEL GREEN,AL |
| | | Terminal ID: 628266882 Serial #: 000189 |
| 05/31/2016 | 7.37 | Debit Card Transaction |
| | | BUCKS PIZZA;HAZEL GREEN,AL |
| | | Terminal ID: 628515225 Serial #: 088849 |
| 05/31/2016 | 10.00 | Debit Card Transaction |
| | | EXTREME CLEAN AUTOWASH;MERIDIANVILLE,AL |
| | | Terminal ID: 628332425 Serial #: 007615 |
| 05/31/2016 | 40.60 | Debit Card Transaction |
| | | MERIDIANVILLE PIT BAR B Q;MERIDIANVILLE,AL |
| | | Terminal ID: 628082968 Serial #: 022735 |
| 05/31/2016 | 30.00 | Ach withdrawal |
| | | CHILDRESS ACCOUN RETURN FEE |
| | | RETURNED CHECK FEE |
| 05/31/2016 | 100.00 | Ach withdrawal |
| | | CHILDRESS ACCOUN REDEPCHECK |
| | | CHECK# 000000001817 |
| 05/31/2016 | 503.63 | Ach withdrawal |
| | | HMF HMFUSA.COM |
| 06/02/2016 | 654.21 | Ach withdrawal |
| | | FAY SERVICING ACH PMTS |
| 06/03/2016 | 6.38 | Debit Card Transaction |
| | | JACK'S #230 Q08;MERIDIANVILLE,AL |
| | | Terminal ID: 628886997 Serial #: 070187 |
| 06/03/2016 | 11.76 | Debit Card Transaction |
| | | DOLLAR-GENE-110 CROSSING BLVD;MERIDIANVILLE,A |
| | | Terminal ID: 035791011 Serial #: 031571 |
| 06/03/2016 | 12.09 | Debit Card Transaction |
| | | THE PIT STOP #1;HAZEL GREEN,AL |
| | | Terminal ID: 628279616 Serial #: 022592 |
| 06/06/2016 | 3.70 | Debit Card Transaction |
| | | DAIRY QUEEN #44186;FAYETTEVILLE,TN |
| | | Terminal ID: 628379888 Serial #: 080057 |
| 06/06/2016 | 4.05 | Debit Card Transaction |
| | | JACK'S #230 Q08;MERIDIANVILLE,AL |

*(handwritten note at left: "APRIL 2016")*

00000611

| | | | | |
|---|---|---|---|---|
| 07/05/2016 | PUBLIX SUPER MAR 12290 HW;MERIDIANVILLE,AL Terminal ID: 616190152 Serial #: 908933 | $1.85 | | $1,927.82 |
| 07/05/2016 | JACK'S #230 Q08;MERIDIANVILLE,AL Terminal ID: 628886997 Serial #: 070109 | $1.64 | | $1,929.67 |
| 07/05/2016 | WAL-MART #6-14595 HWY 231-431 N;HAZEL GREEN,AL Terminal ID: 035687801 Serial #: 695346 | $0.93 | | $1,931.31 |
| 07/05/2016 | Regular Deposit | | $300.00 | $1,932.24 |
| 07/01/2016 | Daily Ledger Balance | | | $1,632.24 | $1,632.24 |
| 07/01/2016 | HMF HMFUSA.COM | ($511.86) | | $1,632.24 |
| 07/01/2016 | WAL-MART STORES PURCHASE CHECK# 000000001905 HAZE AL | $29.52 | | $2,144.10 |
| 07/01/2016 | THE PIT STO-14091 HWY 231 NORTH;HAZEL GREEN,AL Terminal ID: 038961601 Serial #: 122272 | $10.74 | | $2,173.62 |

No more history for the selected range

| 08/05/2016 | 1936 | Check | $800.00 | | $273.18 | |
| 08/05/2016 | 1935 | WAL-MART STORES PURCHASE CHECK# 000000001935 HAZE AL | $34.52 | | $1,073.18 | |
| 08/05/2016 | | BUCKS PIZZA;HAZEL GREEN,AL Terminal ID: 628515225 Serial #: 010415 | $8.47 | | $1,107.70 | |
| 08/05/2016 | | CONOCO - FAYETTEVILLE CON;FAYETTEVILLE,TN Terminal ID: 628564134 Serial #: 023870 | $5.00 | | $1,116.17 | |
| 08/04/2016 | | Daily Ledger Balance | | | $1,121.17 | $1,121.17 |
| 08/04/2016 | | HSV DRAFT DBT CONC.DEBT | $320.00 | | $1,121.17 | |
| 08/04/2016 | | GLOBE LIFE INS. PREM | $12.50 | | $1,441.17 | |
| 08/04/2016 | | FRIED TOMATO BUFFET;FAYETTEVIL,TN Terminal ID: 628355447 Serial #: 030873 | $8.37 | | $1,453.67 | |
| 08/04/2016 | | Regular Deposit | | $675.00 | $1,462.04 | |
| 08/03/2016 | | Daily Ledger Balance | | | $787.04 | $787.04 |
| 08/03/2016 | 1934 | Check | $20.80 | | $787.04 | |
| 08/03/2016 | | N AL FRIED CHICKEN;HUNTSVILLE,AL Terminal ID: 628505885 Serial #: 050009 | $11.21 | | $807.84 | |
| 08/03/2016 | | THE PIT STO-14091 HWY 231 NORTH;HAZEL GREEN,AL Terminal ID: 038961601 Serial #: 832030 | $10.01 | | $819.05 | |
| 08/03/2016 | | Regular Deposit | | $780.00 | $829.06 | |
| 08/02/2016 | | Daily Ledger Balance | | | $49.06 | $49.06 |
| 08/02/2016 | 1933 | Check | $9.40 | | $49.06 | |
| 08/02/2016 | | FAY SERVICING ACH PMTS | $654.21 | | $58.46 | |
| 08/02/2016 | | REED FARMERS MARKET;MERIDIANVILLE,AL Terminal ID: 628621355 Serial #: 075475 | $13.34 | | $712.67 | |
| 08/01/2016 | | Daily Ledger Balance | | | $726.01 | $726.01 |
| 08/01/2016 | | HMF HMFUSA.COM  *June Payment* | ($503.63) | | $726.01 | |
| 08/01/2016 | 1931 | WAL-MART STORES PURCHASE CHECK# 000000001931 HAZE AL | $93.91 | | $1,229.64 | |
| 08/01/2016 | | LOGANS;HUNTSVILLE,AL Terminal ID: 628676023 Serial #: 085491 | $44.76 | | $1,323.55 | |
| 08/01/2016 | | THE PIT STO-14091 HWY 231 NORTH;HAZEL GREEN,AL Terminal ID: 038961601 Serial #: 595983 | $12.16 | | $1,368.31 | |
| 08/01/2016 | | DOLLAR-GENE-110 CROSSING BLVD;MERIDIANVILLE,AL Terminal ID: 035791011 Serial #: 015710 | $12.08 | | $1,380.47 | |
| 08/01/2016 | | THE PIT STOP #1;HAZEL GREEN,AL Terminal ID: 628837881 Serial #: 094362 | $10.00 | | $1,392.55 | |
| 08/01/2016 | | MAPCO EXPRESS #5203;MERIDIANVILLE,AL Terminal ID: 628952036 Serial #: 047674 | $8.03 | | $1,402.55 | |
| 08/01/2016 | | LA FUENTE MEXICAN;FAYETTEVILLE,TN Terminal ID: 628507778 Serial #: 046253 | $7.00 | | $1,410.58 | |
| 08/01/2016 | | DAIRY QUEEN #44186;FAYETTEVILLE,TN Terminal ID: 628379888 Serial #: 080073 | $2.18 | | $1,417.58 | |
| 08/01/2016 | | SQ *HUNTSVILLE PUBL;HUNTSVILLE,AL Terminal ID: 628504996 Serial #: 069776 | $1.10 | | $1,419.76 | |
| 08/01/2016 | | Regular Deposit | | $720.00 | $1,420.86 | |



8/12/2016 12:04 PM

*Per our Conversation    acct # 2012080388*

*1522*

*888 - 307 - 1644*

| Date | | | Select | Debit | Credit | Balance |
|------|---|---|--------|-------|--------|---------|
| 01/06/2016 | | MERRICK BANK COR ONLINEPYMT | Select One | $39.00 | | $292.83 |
| 01/06/2016 | | BUCKS PIZZA;HAZEL GREEN,AL Terminal ID: 628515225 Serial #: 048250 | Select One | $14.27 | | $331.83 |
| 01/06/2016 | | USPS 013990-USPS 1399009627960368;HAZEL GREEN,AL Terminal ID: 628960368 Serial #: 069263 | Select One | $4.41 | | $346.10 |
| 01/05/2016 | | Daily Ledger Balance | | | $350.51 | $350.51 |
| 01/05/2016 | 1755 | Check | Select One | $268.00 | | $350.51 |
| 01/05/2016 | 1753 | Check | Select One | $101.74 | | $618.51 |
| 01/05/2016 | | FAY SERVICING ACH PMTS | Select One | $654.21 | | $720.25 |
| 01/05/2016 | | WAL Wal-Mar-6878 WAL-SAMS;HAZEL GREEN,AL Terminal ID: 035780001 Serial #: 333382 | Select One | $8.85 | | $1,374.46 |
| 01/05/2016 | View | Regular Deposit | Select One | | $500.00 | $1,383.31 |
| 01/05/2016 | View | Regular Deposit | Select One | | $45.00 | $883.31 |
| 01/04/2016 | | Daily Ledger Balance | | | $838.31 | $838.31 |
| 01/04/2016 | 1752 | Check | Select One | $31.65 | | $838.31 |
| 01/04/2016 | | HMF HMFUSA.COM | Select One | $503.95 | | $869.96 |
| 01/04/2016 | 1754 | WAL-MART STORES PURCHASE CHECK# 000000001754 HAZE AL | Select One | $45.51 | | $1,373.91 |
| 01/04/2016 | | WM SUPERCEN-Wal-Mart Super Center;HAZEL GREEN,AL Terminal ID: 035780003 Serial #: 014395 | Select One | $29.70 | | $1,419.42 |

*Dec 2015 Pymt*

*Frances Cople - (256) 508-8033*

*Thank you*

**07/01/2016**

**Consumer Financial Protection Bureau**

**To Whom It May Concern:**

**I, Denise Cope, have had an auto installment account with Hyundai Motors for the last 3 years. I have read over my agreement. It does state they have the right to charge me a late fee if I pay over the 10-day grace period. For the first year, they never did charge this. This is not the only problem, I have also caught them showing my account with Equifax late also, and It never was. I made a previous complaint with your entity and they removed it. But this continues to happen. I have to constantly go back and obtain my bank records and fax to them to straighten out. It is so stressful. They keep horrible records or are very unorganized, Not sure which?**

**I have faxes and documents to back up my claim. I recently asked Equifax to ban them from reporting at all due to inaccurate reporting's. As of this date, they have not. There have also been numerous complaints to them as well.**

**I am enclosing all documents to back this complaint, please reply in a timely manner.**